**LEVENTHAL & KLEIN, LLP**
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

April 28, 2015

**BY ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Estate of Stanley Streeter v. City of New York, et al.</u>, 11 CV 2841 (CBA)(VMS)

Your Honor:

    Our office, along with Ameduri Galante & Friscia, represents plaintiff Tacqwana Burch, the Administratrix of the Estate of Stanley Streeter, in the above-referenced civil rights action. This joint update on settlement negotiations is respectfully submitted per the Court's order.

    Plaintiff has conducted and recently transmitted to defense counsel verdict research consistent with the parties' discussion with the Court at the conclusion of the recent settlement conference. Plaintiff now awaits defendants' response. Based on the parties' discussions, it is apparent that defendants wish to proceed with next week's pre-motion conference before Judge Amon in lieu of reaching an agreement to proceed to trial. However, the parties have discussed a willingness to continue settlement discussions both before and after next week's conference.

    Thank you for your consideration.

Respectfully submitted,

Brett H. Klein

cc:    All Counsel (by ECF)