

**ZACHARY W. CARTER**
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA J. LAX**
Senior Counsel
phone: (212) 356-3538
fax: (212) 356-3509
email: jlax@law.nyc.gov

May 12, 2016

**BY ECF**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Tacqwana Burch, as Administratrix of the Estate of Stanley Streeter v.
City of New York, et al., CV 11-2841 (CBA)(VMS)

Your Honor:

I am a Senior Counsel in the New York City Law Department, Office of Corporation Counsel, assigned to the defense of the above referenced matter. I write with the consent of plaintiff's counsel with two purposes: 1) to inform the Court that a resolution has been reached in this matter subject to the execution of documents consummating settlement; and 2) to respectfully request an adjournment of all scheduled deadlines, conferences and trial *sine die*. The basis for this request is that the parties have reached a settlement in principal, and now turn to preparing all documents necessary to consummate this settlement, which may require a compromise hearing.

Defendants thank the Court for its consideration of this matter.

Respectfully,

/s/

Joshua J. Lax
Senior Counsel

CC:  **BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**By ECF**
Brett H. Klein, Esq.
Anthony Ameduri, Esq.